UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE ANN BISHOP, | ) | Case No.: 1:18 CV 2149 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant | ) | ORDER |

On March 14, 2019, the parties filed a joint stipulation to remand this matter to the Commissioner, pursuant to Section Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 12.) Magistrate Judge Thomas M. Parker submitted a Report and Recommendation on April 1, 2019, recommending that the court issue an order to remand. (ECF No. 13.)

The court adopts as its own Judge Parker's Report and Recommendation (ECF No. 13). The court hereby remands this matter for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, an administrative law judge will issue a new decision based on a new hearing, pursuant to the parties' request. (ECF No. 12.)

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 16, 2019